UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

NAVID SALEHVAZIRI
12320 Alameda Trace, Apt 1503
Austin, TX 78727
       *Plaintiff*,

v.

U.S. CITIZENSHIP AND IMMIGRATION SERVICES (USCIS);  and KENNETH T. CUCCINELLI, SENIOR OFFICIAL PERFORMING THE DUTIES OF DIRECTOR, USCIS;

20 Massachusetts Avenue, NW
Room 4210
Washington, DC 20529

       *Defendants*.

CIVIL ACTION NO.  _ 1:20-cv-2400 __

## NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a)

PLEASE TAKE NOTICE:

This action is dismissed by the Plaintiff in its entirety, with prejudice.  This dismissal is made pursuant to F.R.Civ.P. 41(a).

Dated:  February 4, 2021

      Respectfully submitted,

      _____/S/_*Ali Herischi*_____
      Ali Herischi, Esq.
      MD0024

Herischi & Associates LLC
7201 Wisconsin Ave., Suite 440
Bethesda, MD 20814
301.363.4540
ali.herischi@ibhlaw.com
*Attorney for Plaintiff*